IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02343-BNB

ERNEST BREWER,

    Plaintiff,

v.

ROBERT CANTWELL,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's letter to the Court, filed on October 22, 2009 (Doc. No. 5), is denied as moot.  Plaintiff continues to have until **November 27, 2009**, to amend his complaint as directed in the Court's October 27, 2009, Order Directing Plaintiff to File Amended Complaint (Doc. No. 7).

Dated:  November 2, 2009